■ The People of the State of New York, Respondent, v. Estanislao Cruz, Appellant.— Order entered on June 29, 1960, denying defendant's

application for a writ of error *coram nobis,* unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.